ALTER MOZARSKY et al., Copartners, under the Firm Name of MOZARSKY & LEVINE, Appellants, *v.* WHINSTON BROS., INC., et al., Defendants, and HERMAN SCHNEIDER et al., Respondents.

Same, Appellants, *v.* Same, Respondents.

(Argued June 2, 1930; decided June 13, 1930.)

*Juvenal Marchisio, Richard J. Mackey* and *Ralph Vatner* for appellants.

*Thomas A. Mc Kennell, William Feinberg* and *Benjamin I. Tunick* for respondents.

Order in each case affirmed, with costs, on the authority of *Ponsrok* v. *City of Yonkers* (254 N. Y. 91); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.